# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

LAWRENCE HIGGINS; PENELOPE HIGGINS; ASHLEY RENY; TROY RENY; JOSHUA HARRIS and MORGAN HARRIS, individually and on behalf of minor children, R.J.H., C.E.H., AND A.A.H.; BRUCE HARRINGTON; CATHERINE HARRINGTON; JOSEPH DEBLOIS; CHRISTINE DEBLOIS; TERRY POULIN; and JUDITH POULIN,

       *Plaintiffs*,

vs.

HUHTAMAKI, INC.; INTERNATIONAL PAPER COMPANY, SAPPI NORTH AMERICA, INC. F/K/A S.D. WARREN COMPANY; KIMBERLY-CLARK CORPORATION; PIXELLE SPECIALTY SOLUTIONS; BILLERUD AMERICAS CORPORATION; CLARIANT CORPORATION; DAIKIN AMERICA INC; SOLENIS INTERNATIONAL LLC; EI DUPONT DE NEMOURS & CO; SOLVAY CHEMICALS INC; SOLVAY SPECIALTY POLYMERS; SOLVAY SOLEXIS, INC.; 3M; AGC CHEMICALS AMERICA INC; MITSUBISHI INTERNATIONAL POLYMERTRADE CORPORATION; BAYER CORPORATION; and CIBA INC/BASF,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:21-cv-00369-JCN

## NOTICE OF DISMISSAL AS TO DEFENDANTS CLARIANT CORPORATION, DAIKIN AMERICA, INC., E.I. DU PONT DE NEMOURS & CO., SOLVAY CHEMICALS INC., SOLVAY SPECIALTY POLYMERS, SOLVAY SOLEXIS, INC., AGC CHEMICALS AMERICAS, INC., MITSUBISHI INTERNATIONAL <u>POLYMERTRADE CORPORATION, AND BAYER CORPORATION</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-

captioned Plaintiffs hereby give notice that any and all claims against Defendants Clariant

Corporation, Daikin America, Inc., E.I. du Pont de Nemours & Co., Solvay Chemicals, Inc., Solvay Specialty Polymers, Solvay Solexis, Inc., AGC Chemicals Americas, Inc., Mitsubishi International PolymerTrade Corporation, and Bayer Corporation in this action are voluntarily dismissed without prejudice and without costs.

Date: March 17, 2023

/s/ *Russell Abney*
Russell Abney
Watts Guerra LLP
State Bar No. 00818100
5726 West Hausman Road, Suite 119
San Antonio, Texas 78249
Telephone: (210) 448-0500
rabney@wattsguerra.com
*Lead Counsel for Plaintiffs*

and

Terry Garmey, Esq., Bar No. 1656
Alexis Garmey Chardon, Esq., Bar No. 5932
Christopher A. Harmon, Esq. Bar No. 5432
Terry Garmey & Associates
482 Congress Street, Suite 402
Portland, Maine 04101
Telephone: (207) 899-4644
tgarmey@garmeylaw.com
achardon@garmeylaw.com
charmon@garmeylaw.com
*Local Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date set out below, I electronically filed the foregoing document using the Court's CM/ECF system. Pursuant to Rule 5(d)(1)(B) of the Federal Rules of Civil Procedure, no certificate of service is required when a paper is served by filing it with the court's electronic-filing system.

 Date: March 17, 2023                    By:     */s/ Russell Abney*
                                                  Russell Abney